ERIC D. HOUSER (SBN 130079)
PATRICK L. BLAIR (SBN 201345)
HOUSER & ALLISON
A Professional Corporation
3760 Kilroy Airport Way, Ste. 260
Long Beach, California 90802
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
pblair@houser-law.com

Attorneys for Defendants:
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDA P. RATIVO,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, INC., CAL-WESTERN RECONVEYANCE CORPORATION, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. C08-05199 JL<br><br>**AURORA LOAN SERVICES LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION FOR RELIEF HEARING; PROOF OF SERVICE**<br><br>**[case dismissed]**<br><br>Date: March 25, 2009<br>Time: 9:30 a.m.<br>Courtroom: F<br>Judge: Hon. James Larson<br><br>Complaint Filed on November 17, 2008 |

    Aurora Loan Services LLC ("Aurora") requests that its counsel, Patrick Blair of Houser & Allison, APC, be allowed to appear at Plaintiff's motion for relief hearing telephonically.

    Plaintiff filed the instant action on 11/17/08. Aurora filed a motion to dismiss on 12/22/08, which was set to be heard on 2/04/09. However, Plaintiff filed a voluntarily request for dismissal of her action on 1/09/09. The Court issued

1 an order dismissing the case on 1/13/09.  Plaintiff is now attempting to resurrect
2 her case without good cause.
3       Aurora has been burdened by Plaintiff's procedural games (see Aurora's
4 Opposition to Plaintiff's motion).  Therefore, Aurora respectfully requests that its
5 counsel be allowed to attend the motion for relief hearing telephonically.

7 Dated: February 18, 2009            HOUSER & ALLISON
                                          A Professional Corporation

10                                           /s/ Patrick L. Blair
                                          Patrick L. Blair
11                                           Attorney for Defendant
12                                           Aurora Loan Services, Inc.

14 February 19, 2009



IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

**AURORA LOAN SERVICING LLC'S OPPOSITION TO MOTION FOR RELIEF**

C:\Documents and Settings\pblair\Desktop\Req for Telephonic.doc      2